IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 09-686 |
| | : | |
| TARIK DEPASS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW this 13th day of August 2010, upon consideration of Defendant's Motion to Suppress Out-of-Court Identification (Doc. No. 24), the Government's Response (Doc. No. 25), Defendant's Supplemental Motion to Suppress (Doc. No. 54), the Government's Supplemental Opposition to Defendant's Motion to Suppress (Doc. No. 52), and the testimony and evidence presented at the July 1, 2010 hearing, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. No. 24) is DENIED.

BY THE COURT:


 /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.